```
            UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

  IN RE:                                       CASE NO. 07 B 00234
    LORA KINACH BOFFA
    VITO MATTHEW BOFFA                         CHAPTER 13

                                               JUDGE: JOHN H SQUIRES

         Debtor
   SSN XXX-XX-2118     SSN XXX-XX-1692
```

---
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 01/06/07 and confirmed on 05/18/07.

   2.  The case was dismissed after confirmation, 12/05/2008.

   3.  The Debtor paid a total of $  41392.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CITIMORTGAGE INC | CURRENT MORTG | .00 | .00 | .00 |
| CITIMORTGAGE INC | MORTGAGE ARRE | 27324.55 | .00 | 24827.84 |
| CONSUMERS COOP CU | SECURED VEHIC | 17880.00 | 896.68 | 13553.32 |
| BECKET & LEE LLP | UNSECURED | 731.64 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1396.14 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 34489.47 | .00 | .00 |
| NATIONAL CAPITAL MGMT LL | UNSECURED | 17810.46 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 13577.31 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 24054.21 | .00 | .00 |
| CONSUMERS COOP CU | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT COLLECTION SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | 7429.16 | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 25067.34 | .00 | .00 |
| ILLINOIS DEPT REVENUE | PRIORITY | 19260.01 | .00 | .00 |
| ILLINOIS DEPT REVENUE | UNSECURED | 2756.66 | .00 | .00 |
| BECKET & LEE LLP | UNSECURED | 4936.54 | .00 | .00 |

            Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 45204.55 | 44327.35 | 107181.59 | .00 | 196713.49 |
| PRINCIPAL PAID | 38381.16 | .00 | .00 | .00 | 38381.16 |
| INTEREST PAID | 896.68 | .00 | .00 | .00 | 896.68 |
| TOTAL PAID | 39277.84 | .00 | .00 | .00 | 39277.84 |

The Debtor's attorney, ROBERT J SEMRAD & ASSOC        , was allowed $  2500.00
and was paid $   2137.00  direct and $    363.00  through the plan.

The Trustee received $   1751.16 .

Refunds to the Debtor totaled $         .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 03/11/09                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE